IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA PACIFIC PACKAGING, INC., ) <br> ) <br>                 Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL A. LEWIS, ) <br> ) <br>                 Defendant. ) <br> _____) | 2:06-cv-2149-GEB-GGH <br><br> <u>ORDER CONTINUING STATUS</u> <u>(PRETRIAL SCHEDULING)</u> <u>CONFERENCE AND RULE 4(m)</u> <u>NOTICE</u> |

        On November 20, 2006, Plaintiff filed an ex parte application to continue the status conference presently scheduled for December 18, 2006. Plaintiff states in the application that it "has not yet served the Summons or Complaint on [Defendant]" and "requests that the Court extend the status conference hearing until March 12, 2007, which will provide the parties sufficient time to develop a joint discovery plan after Defendant is served in this action." (Ex Parte Application at 2.) The status conference is reset to commence at 9:00 a.m. on March 12, 2007, as Plaintiff requests. In accordance with the requirements set forth in the Order filed September 28, 2006, the parties shall file a joint status report no later than February 26, 2007.

1

1  If Defendant is not served by January 25, 2007, Defendant
2  could be dismissed from this action under Federal Rule of Civil
3  Procedure 4(m).  If Plaintiff does not perfect service by this date,
4  Plaintiff shall explain in a writing to be filed no later than
5  4:00 p.m. on January 26, 2007, why this action should not be
6  dismissed.
7  IT IS SO ORDERED.
8  Dated:  November 28, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2